BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorneys
Chief, Criminal Division
IAN V. YANNIELLO (Cal. Bar No. 265481)
GREGORY W. STAPLES (Cal. Bar No. 155505)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
    1400/1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3667/3535/0813
    Facsimile: (213) 894-0142
    E-mail:   ian.yanniello@usdoj.gov
               greg.staples@usdoj.gov
               daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 24-621(B)-MWF |
| Plaintiff, | <u>GOVERNMENT'S NOTICE REGARDING PENALTY AS TO DEATH-ELIGIBLE DEFENDANTS</u> |
| v. | |
| DURK BANKS, et al., | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Ian V. Yanniello, Gregory W. Staples, and Daniel H. Weiner, hereby files this notice to advise that as of June 2, 2025, the Attorney General for the United States has directed the United States Attorney for the Central

District of California <u>not to seek</u> the death penalty as to all death-eligible defendants charged herein.

Dated: June 2, 2025							Respectfully submitted,

								BILAL A. ESSAYLI
								United States Attorney

								CHRISTINA T. SHAY
								Assistant United States Attorney
								Chief, Criminal Division


								  */s/*
								IAN V. YANNIELLO
								GREGORY W. STAPLES
								DANIEL H. WEINER
								Assistant United States Attorneys

								Attorneys for Plaintiff
								UNITED STATES OF AMERICA