BILAL A. ESSAYLI
United States Attorney
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorney
312 N. Spring St., Los Angeles, CA 90012, Suite 1400

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| United States | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 2:24-621(B)-MWF |
| v. | |
| Durk Banks, et al., | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Government's Ex Parte Application to File Under Seal; Proposed Sealing Order; Under Seal Document

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

June 20, 2025                                              Daniel H. Weiner
Date                                                              Attorney Name
                                                                     United States
                                                                     Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                            NOTICE OF MANUAL FILING OR LODGING