BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
IAN V. YANNIELLO (Cal. Bar No. 265481)
GREGORY W. STAPLES (Cal. Bar No. 155505)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
     1400/1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3667/3535/0813
     Facsimile: (213) 894-0142
     E-mail:    ian.yanniello@usdoj.gov
                greg.staples@usdoj.gov
                daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:24-621(B)-MWF |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| DURK BANKS, et al., | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED that the government's unredacted Motion to Empanel an Anonymous Jury, unredacted Declaration of Jarron Farmby, and Exhibit B to the

///

///

1

Farmby Declaration shall be kept under seal until further order of the Court.  It is further ordered that the government may publicly file redacted versions of its Motion to Empanel an Anonymous Jury and Declaration of Jarron Farmby.

DATED: _____

                                              HONORABLE MICHAEL W. FITZGERALD
                                              UNITED STATES DISTRICT JUDGE

**IN CASE OF DENIAL:**

    The Government's Unopposed *Ex Parte* Application for Order Sealing Documents is **DENIED**.  The underlying documents shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATED: _____

                                              HONORABLE MICHAEL W. FITZGERALD
                                              UNITED STATES DISTRICT JUDGE

Prepared by:

/s/_____
DANIEL H. WEINER
Assistant United States Attorney