1                    <u>DECLARATION OF JARRON FARMBY</u>

2        I, Jarron Farmby, declare as follows:

3        1.    I am a Special Agent with the Federal Bureau of

4   Investigation ("FBI").  I have knowledge of the facts set forth

5   herein and could and would testify to those facts fully and

6   truthfully if called and sworn as a witness.  Because I am making

7   this declaration for the limited purpose of addressing issues raised

8   in the government's Motion to Empanel an Anonymous Jury, I have not

9   included every fact known to me concerning this investigation.

10       2.    ███████████████████████████████████

11  ████████████████████████████████████████████████

12  ████████████████████████████████████████████████

13  ██████████████████████████████████████████████

14  ████████████████████████████████████████████

15  ███████████████████████████████████████████

16  ████████████████████████████████████████████████

17  ████████████████████████████████████████████

18  █████████████████████████████████████████████

19  ██████████████████████████████████████████

20  █████████████████████████████████████████████

21  ████████████████████████████████████████████

22  █████████████████████████████████████████████████

23  █████████████████████████████████████████████

24  ████████████████████████████████████████

25  ██████████████████████████████████████████████

26  ██████████████████████████████████████████████

27  ████████████████████████████████████████

28  █████████

3.    Based on my review of an FBI criminal history report for defendant Deandre Wilson, defendant Wilson was convicted in Illinois state court of misdemeanor Possession of a Firearm on or about October 1, 2010.  I also know that Wilson was charged with a 2014 murder in Illinois state court and was found not guilty in or around July 2023.

4.    Based on my review of an FBI criminal history report for defendant Asa Houston, defendant Houston was convicted in Illinois state court of at least the following: (i) Armed Carjacking on or about March 3, 2010; (ii) Aggravated Battery with Great Bodily Harm on or about July 13, 2011; and (iii) Felon in Possession of a Firearm on or about March 5, 2008, May 8, 2017, and August 22, 2023.

5.    Based on my review of certified conviction records for ████, ████ was convicted in ████ state of ████ ████████████████████████████ on or about ████████████.

6.    Based on my review of an FBI criminal history report for Only the Family ("OTF") associate ████████████████████████ ████ was convicted in Illinois state court of Aggravated Battery with a Firearm on or about ████████████.

7.    Based on my review of an FBI criminal history report for OTF associate ████████████████████ and open-source research, ████ was arrested in or around ████████ and charged with, among other things, murder, kidnapping, and armed robbery.

8.    Based on conversations with other law enforcement agents with knowledge of Chicago-based gangs and open-source research, I know that Marcus Smart aka "Muwop" is a member of the O-Block street gang and associate of defendant Durk Banks and OTF, including having appeared in at least two of Banks' music videos.  On or about January

17, 2024, Smart was convicted by jury of racketeering offenses, including murder, in the Northern District of Illinois.

    9.   Attached as **Exhibit A** is a true and correct copy of an audio message seized from a phone belonging to ███ , and sent to ███ from a number associated with OTF associate ████████████ ███████

    10.  Based on my review of an FBI 302 documenting an interview with ████ on ██████████████ , I know that ████ stated the following:

    11.  ████████████████████████

12.    Attached as **Exhibit B (Under Seal)** is a true and correct copy of a report from the Bureau of Prisons documenting defendant Banks' possession of a contraband Apple Watch.  As noted in Exhibit A, defendant Banks attempted to damage and/or destroy the device when he was caught with it.  Based on the FBI's investigation, including data provided by Apple, I know that the serial number of the watch seized from Banks' person shows that the device was associated with the Verizon cellular network, was purchased on May 26, 2025, and was activated the next day.  Thus, the device permitted defendant Banks, and possibly others, to have an unknown number of unmonitored communications.

13.    Based on my review of an FBI report from on or about March 6, 2025 and recordings of four voicemails left on a Central District of California United States Magistrate Judge's chambers line on or about February 22, 2025, I know that the individual states, among other things, that defendant Banks and Wilson were innocent and that "if they get life . . . I'm gonna burn this motherfucker down . . . burn it to the ground . . . it's not a game bitch."

14.    Based on my involvement in the investigation and review of relevant reports, I know that in April 2025, AUSA Yanniello received a phone call on his USAO desk line from an unknown male caller who began making threats to AUSA Yanniello, which caused AUSA Yanniello to begin recording the call.  During the call, the unknown male caller stated "free Durk, or we gonna shoot that motherfucker up."  AUSA Yanniello responded "shoot who up," to which the caller said "shit, your ass."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that

4

this declaration is executed at Los Angeles, California, on October 6, 2025.

_____
JARRON FARMBY

# EXHIBIT A

# [Audio file lodged manually]

# EXHIBIT B

# [UNDER SEAL]