BILAL A. ESSAYLI
Acting United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
IAN V. YANNIELLO (Cal. Bar No. 265481)
GREGORY W. STAPLES (Cal. Bar No. 155505)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
        1400/1500 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-3667/3535/0813
        Facsimile: (213) 894-0142
        E-mail:    ian.yanniello@usdoj.gov
                   greg.staples@usdoj.gov
                   daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:24-621(B)-MWF |
|---|---|
| Plaintiff, | GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DANIEL H. WEINER |
| v. | |
| DURK BANKS, et al., | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Ian V. Yanniello, Gregory W. Staples, and Daniel H. Weiner, hereby applies ex parte for an order directing that the government's: (i) Omnibus Opposition to Defendant Banks' Motion to Exclude and Defendant Wilson's Motion for

Severance; and (ii) Opposition to Defendant Banks' Motion to Suppress in the above-entitled case be kept under seal until further order of the Court.

This ex parte application is based upon the attached memorandum of points and authorities and Declaration of Daniel H. Weiner.


Dated: October 27, 2025                    Respectfully submitted,

                                           BILAL A. ESSAYLI
                                           Acting United States Attorney

                                           ALEXANDER B. SCHWAB
                                           Assistant United States Attorney
                                           Acting Chief, Criminal Division

                                                    /s/
                                           _____
                                           IAN V. YANNIELLO
                                           GREGORY W. STAPLES
                                           DANIEL H. WEINER
                                           Assistant United States Attorneys

                                           Attorneys for Plaintiff
                                           UNITED STATES OF AMERICA

1

<u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

2     Plaintiff United States of America requests that this Court seal
3  the government's unredacted: (i) Omnibus Opposition to Defendant
4  Banks' Motion to Exclude and Defendant Wilson's Motion for Severance;
5  and (ii) Opposition to Defendant Banks' Motion to Suppress in this
6  case.  The government has publicly filed redacted versions of the two
7  oppositions to protect sensitive witness information.

8     The Court has inherent supervisory authority to seal documents
9  in appropriate circumstances.  <u>See</u> <u>Nixon v. Warner Communications,</u>
10  <u>Inc.</u>, 435 U.S. 589, 598 (1978) ("Every court has supervisory power
11  over its own records and files . . . .").

12     Here, for the reasons described in the attached declaration,
13  sealing of these documents is necessary to protect the identity of
14  witnesses who participated in the government's investigation, who may
15  testify at trial, and/or whose safety or whose family's safety may be
16  endangered by disclosure of identifying information.

17  ///
18  ///
19  ///

1      The government accordingly requests that the documents be

2  maintained under seal until further order of the Court.

3

Dated: October 27, 2025          Respectfully submitted,

4

                                 BILAL A. ESSAYLI
5                                Acting United States Attorney

6                                ALEXANDER B. SCHWAB
                                 Assistant United States Attorney
7                                Acting Chief, Criminal Division

8                                ____/s/_____
                                 IAN V. YANNIELLO
9                                GREGORY W. STAPLES
                                 DANIEL H. WEINER
10                               Assistant United States Attorneys

11                               Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### **DECLARATION OF DANIEL H. WEINER**

I, Daniel H. Weiner, declare as follows:

    1.   I am an Assistant United States Attorney for the Central District of California and I am one the attorneys assigned to the prosecution of United States v. Durk Banks, et al., No. CR 24-621(B)-MWF.  I make this declaration in support of the government's unopposed ex parte application for an order sealing the government's unredacted: (i) Omnibus Opposition to Defendant Banks' Motion to Exclude and Defendant Wilson's Motion for Severance; and (ii) Opposition to Defendant Banks' Motion to Suppress.

    2.   The government requests leave to file these documents under seal.  The above-described documents discuss and/or contain identifying information of witnesses who participated in the government's investigation, who may testify at trial, and/or whose safety or whose family's safety may be endangered by disclosure of identifying information.  Sealing of the documents is therefore desirable because the government believes that public disclosure of such information may endanger the witnesses and/or their family's safety, and could cause others to attempt to intimidate the witnesses and/or their family, or otherwise dissuade the witnesses from cooperating with the government.

    3.   Accordingly, the government requests that the documents be kept under seal until further order of the Court.

    4.   Counsel for defendants advised the government via e-mail on October 27, 2025 that they had no objection to the government's request.

5

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on October 27, 2025, at Los Angeles, California.


                              _/s/ Daniel H. Weiner_
                              DANIEL H. WEINER