BILAL A. ESSAYLI
Acting United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
IAN V. YANNIELLO (Cal. Bar No. 265481)
GREGORY W. STAPLES (Cal. Bar No. 155505)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
    1400/1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3667/3535/0813
    Facsimile: (213) 894-0142
    E-mail:   ian.yanniello@usdoj.gov
               greg.staples@usdoj.gov
               daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 2:24-621(B)-MWF |
|     Plaintiff, | [PROPOSED] ORDER |
|     v. | |
| DURK BANKS, et al., | |
|     Defendants. | |

For good cause shown, IT IS HEREBY ORDERED that the government's unredacted Omnibus Opposition to Defendant Banks' Motion to Exclude and Defendant Wilson's Motion for Severance; and Opposition to Defendant Banks' Motion to Suppress shall be kept under seal until further order of the Court.

///

///

It is further ordered that the government may publicly file a redacted version of its Omnibus Opposition to Defendant Banks' Motion to Exclude and Defendant Wilson's Motion for Severance; and Opposition to Defendant Banks' Motion to Suppress.

DATED: _____

                                     _____
                                      HONORABLE MICHAEL W. FITZGERALD
                                      UNITED STATES DISTRICT JUDGE

**IN CASE OF DENIAL:**

The Government's Unopposed <u>Ex Parte</u> Application for Order Sealing Documents is **DENIED**.  The underlying documents shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATED: _____

                                     _____
                                     HONORABLE MICHAEL W. FITZGERALD
                                     UNITED STATES DISTRICT JUDGE

Prepared by:

/s/_____
DANIEL H. WEINER
Assistant United States Attorney