BILAL A. ESSAYLI
Acting United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
IAN V. YANNIELLO (Cal. Bar No. 265481)
GREGORY W. STAPLES (Cal. Bar No. 155505)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
     1400/1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3667/3535/0813
     Facsimile: (213) 894-0142
     E-mail:   ian.yanniello@usdoj.gov
               greg.staples@usdoj.gov
               daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:24-621(B)-MWF |
|---|---|
| Plaintiff, | GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION FOR ORDER FILING OVERSIZED BRIEF; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DANIEL H. WEINER |
| v. | |
| DURK BANKS, et al., | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Ian V. Yanniello, Gregory W. Staples, and Daniel H. Weiner, hereby applies ex parte for leave to file an oversized omnibus brief in response to defendant Banks' Motion in Limine to Exclude and defendant Wilson's Motion for

Severance. The government submits that its omnibus response furthers efficiency and judicial economy, as the factual and legal issues substantially overlap.

This *ex parte* application is based upon the Declaration of Daniel H. Weiner.

Dated: October 27, 2025							Respectfully submitted,

											BILAL A. ESSAYLI
											Acting United States Attorney

											ALEXANDER B. SCHWAB
											Assistant United States Attorney
											Acting Chief, Criminal Division

											    */s/*
											IAN V. YANNIELLO
											GREGORY W. STAPLES
											DANIEL H. WEINER
											Assistant United States Attorneys

											Attorneys for Plaintiff
											UNITED STATES OF AMERICA

**DECLARATION OF DANIEL H. WEINER**

I, Daniel H. Weiner, declare as follows:

1. I am an Assistant United States Attorney for the Central District of California and I am one the attorneys assigned to the prosecution of United States v. Durk Banks, et al., No. CR 24-621(B)-MWF.

2. In the interest of efficiency and judicial economy, the government requests permission to file a single oversized brief in response to defendant Banks' Motion in Limine to Exclude and defendant Wilson's Motion for Severance. Given the overlapping factual and legal nature of the motions, the government submits that a single brief will be more efficient and effective to respond to the various issues that defendants raise, and represents that an oversized brief is necessary to present the Court with a sufficient factual record and to respond in full to defendants' arguments.

3. Counsel for defendants Banks and Wilson advised the government via e-mail October 27, 2025 that they had no objection to the government's request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on October 27, 2025, at Los Angeles, California.

                                        */s/ Daniel H. Weiner*
                                        DANIEL H. WEINER