BILAL A. ESSAYLI
Acting United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
IAN V. YANNIELLO (Cal. Bar No. 265481)
GREGORY W. STAPLES (Cal. Bar No. 155505)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
     1400/1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3667/3535/0813
     Facsimile: (213) 894-0142
     E-mail:    ian.yanniello@usdoj.gov
                greg.staples@usdoj.gov
                daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  Plaintiff,  v.  DURK BANKS, et al.,  Defendants. | No. CR 2:24-621(B)-MWF  [PROPOSED] ORDER |
|---|---|

For good cause shown, IT IS HEREBY ORDERED that the government may file its oversized Omnibus Opposition to Defendant Banks' Motion to Exclude and Defendant Wilson's Motion for Severance.

DATED: _____

                                        _____
                                        HONORABLE MICHAEL W. FITZGERALD
                                        UNITED STATES DISTRICT JUDGE

**IN CASE OF DENIAL:**

The Government's Unopposed Ex Parte Application is **DENIED**.

DATED: _____

                                                                         _____
                                                                         HONORABLE MICHAEL W. FITZGERALD
                                                                         UNITED STATES DISTRICT JUDGE

Prepared by:

/s/_____
DANIEL H. WEINER
Assistant United States Attorney