BILAL A. ESSAYLI
Acting United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
IAN V. YANNIELLO (Cal. Bar No. 265481)
GREGORY W. STAPLES (Cal. Bar No. 155505)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
    1400/1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3667/3535/0813
    Facsimile: (213) 894-0142
    E-mail:   ian.yanniello@usdoj.gov
               greg.staples@usdoj.gov
               daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 2:24-621(B)-MWF |
| Plaintiff, | ORDER GRANTING GOVERNMENT'S UNOPPOSED EX PARTE APPLICATION FOR ORDER FILING OVERSIZED BRIEF |
| v. | |
| DURK BANKS, et al., | |
| Defendants. | |

The Court has considered the Government's Unopposed Ex Parte Application for Order Filing Oversized Brief. (Docket No. 269). For good cause shown, IT IS HEREBY ORDERED that the government may file its oversized Omnibus Opposition to Defendant Banks' Motion to Exclude and Defendant Wilson's Motion for Severance.

Dated: October 28, 2025

                                          MICHAEL W. FITZGERALD
                                        United States District Judge

1