```
 1  BILAL A. ESSAYLI
    First Assistant United States Attorney
 2  ALEXANDER B. SCHWAB
    Assistant United States Attorney
 3  Acting Chief, Criminal Division
    IAN V. YANNIELLO (Cal. Bar No. 265481)
 4  GREGORY W. STAPLES (Cal. Bar No. 155505)
    DANIEL H. WEINER (Cal. Bar No. 329025)
 5  Assistant United States Attorneys
         1400/1500 United States Courthouse
 6       312 North Spring Street
         Los Angeles, California 90012
 7       Telephone: (213) 894-3667/3535/0813
         Facsimile: (213) 894-0142
 8       E-mail:    ian.yanniello@usdoj.gov
                    greg.staples@usdoj.gov
 9                  daniel.weiner@usdoj.gov

10  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
11
```

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:24-621(B)-MWF |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| DURK BANKS, et al., | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED that the government's Exhibit Regarding an Improper Photograph Taken During the November 18, 2025 Hearing and Published Online

///

///

shall be kept under seal until further order of the Court.

DATED: _____

```
                              _____
                              HONORABLE MICHAEL W. FITZGERALD
                              UNITED STATES DISTRICT JUDGE
```

**IN CASE OF DENIAL:**

The Government's <u>Ex Parte</u> Application for Order Sealing Document is **DENIED**. The underlying document shall be returned to the government, without filing of the document or reflection of the name or nature of the document on the clerk's public docket.

DATED: _____

```
                              _____
                              HONORABLE MICHAEL W. FITZGERALD
                              UNITED STATES DISTRICT JUDGE
```

Prepared by:

/s/ _____
DANIEL H. WEINER
Assistant United States Attorney

2