BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
IAN V. YANNIELLO (Cal. Bar No. 265481)
GREGORY W. STAPLES (Cal. Bar No. 155505)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
     1400/1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3667/3535/0813
     Facsimile: (213) 894-0142
     E-mail:   ian.yanniello@usdoj.gov
               greg.staples@usdoj.gov
               daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 24-621(B)-MWF |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE OF LODGING UNDER SEAL EXHIBIT REGARDING IMPROPER PHOTOGRAPH TAKEN DURING THE NOVEMBER 18 HEARING AND PUBLISHED ONLINE |
| v. | |
| DURK BANKS, et al., | |
| Defendants. | |

    Plaintiff United States of America hereby files this Notice of Lodging an Under Seal Exhibit Regarding an Improper Photograph Taken During the November 18, 2025 Hearing and Published Online.

///

///

This filing is based upon the attached memorandum of points and authorities, the attached exhibit (Under Seal), the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: November 19, 2025                Respectfully submitted,

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

        /s/
IAN V. YANNIELLO
GREGORY W. STAPLES
DANIEL H. WEINER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

On November 18, 2025, this Court held a hearing on multiple pretrial motions, including the government's motion requesting that the Court empanel an anonymous jury. Among other things, the government's motion explained that an anonymous jury was necessary because of the significant risk of interference with witnesses and the judicial process, see Dkt. 235 at 10-14, and due to the extensive and continuous national publicity in this case, see id. at 14-26. Consistent with these concerns, the government received information today that at least one photograph was taken during the hearing, depicting certain defendants and counsel. (See Exhibit [Under Seal].) The photograph --- taken in violation of Fed. R. Crim. P. 53 (prohibiting courtroom photographing) --- has been published on at least three different websites (Reddit, Instagram, and Facebook). This blatant violation of the federal rules, and the following widespread dissemination of the photograph, underscores that an anonymous jury is only one of the security measures this Court should employ to prevent improper attempts to intimidate and/or influence jurors, ensure a fair trial for all parties, and protect the judicial process.