BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
MICHAEL J. MORSE (Cal. Bar No. 291763)
Special Litigation Counsel, Criminal Division
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-7367
     Facsimile: (213) 894-0141
     Email:    michael.morse@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 24-621(B)-MWF |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF ASSIGNMENT OF CRIMINAL CASE |
| DURK BANKS, et al., | |
| Defendant. | |

Plaintiff, United States of America, hereby advises the Court and all parties that the above-captioned case has been assigned to an additional Assistant United States Attorney ("AUSA") as follows:

| | Name | E-Mail Address |
|---|---|---|
| **Newly Assigned AUSA** | MICHAEL J. MORSE | Michael.Morse@usdoj.gov |

Please make all necessary updates to the Court's Case Management/Electronic Case Filing system to ensure that the newly assigned AUSA is associated with this case and receives all e-mails relating to filings in this case.

Dated: April 1, 2026                    Respectfully submitted,

                                        BILAL A. ESSAYLI
                                        First Assistant United States
                                        Attorney

                                        ALEXANDER B. SCHWAB
                                        Assistant United States Attorney
                                        Acting Chief, Criminal Division

                                        *Michael J. Morse*
                                        _____
                                        MICHAEL J MORSE
                                        Special Litigation Counsel
                                        Criminal Division

                                        Attorney for Plaintiff
                                        UNITED STATES OF AMERICA