CRAIG A. HARBAUGH (Bar No. 194309)
HARBAUGH LAW, PC
360 E. 2nd Street, Suite 800
Los Angeles, California 90012
Tel:    (213) 986-8656
Email: craig@harbaugh.law

Attorney for Defendant
DEANDRE WILSON

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br><br>v.<br><br>DURK BANKS, *et al*,<br>*Defendant*. | No. 2:24-cr-621-MWF-2<br><br>**DEFENDANT WILSON'S JOINDER IN DEFENDANT BANKS' MOTION TO SEVER COUNTS, OR IN THE ALTERNATIVE, TO DISMISS THE THIRD SUPERSEDING INDICTMENT ON SPEEDY TRIAL GROUNDS**<br><br>Hearing Date: July 27, 2026<br>Hearing Time: 1:30 P.M.<br>Courtroom: 5A |

TO THE HONORABLE COURT:

Defendant Deandre Wilson, by and through his counsel of record, Craig A. Harbaugh, hereby joins Defendant Banks' Notice of Motion and Motion to Sever Counts, or in the Alternative, to Dismiss the Third Superseding Indictment on Speedy Trial Grounds (ECF 446).

Mr. Wilson joins in the motion on the grounds set forth therein and adopts by reference the legal arguments and factual assertions as they apply to him. Joinder is proper as the issues raised in the motion are equally applicable to Mr. Wilson and his defense in this matter.

Mr. Wilson reserves the right to supplement further argument or evidence in support of the motion, either independently or in conjunction with his co-defendants, and to be heard at oral argument.

Respectfully submitted,

Dated: June 30, 2026          */s/ Craig A. Harbaugh*

CRAIG A. HARBAUGH

Attorney for Deandre Wilson

DEFENDANT WILSON'S JOINDER IN DEFENDANT BANKS' MOTION TO SEVER OR DISMISS

1