TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division (Cal. Bar No. 265481)
MICHAEL J. MORSE (Cal. Bar No. 291763)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
     1400/1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-3667/0813/7367
     Facsimile:  (213) 894-0141
     E-mail:     ian.yanniello@usdoj.gov
                 daniel.weiner@usdoj.gov
                 michael.morse@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 24-621(C)-MWF |
|---|---|
| Plaintiff, | ORDER ALLOWING DISCLOSURE OF GRAND JURY TESTIMONY |
| v. | |
| DURK BANKS, et al., | |
| Defendants. | |

     For good cause shown, IT IS HEREBY ORDERED that plaintiff, United States of America, may supply defense counsel of record with a copy of the grand jury testimony of any witness whom the government may call at trial.  The purpose of this order is to enable defendants to prepare their defense and to permit compliance with the disclosure provisions of the Jencks Act, 18 U.S.C. § 3500.

     IT IS FURTHER ORDERED that defense counsel shall not disclose such grand jury testimony to any other person or persons, except as

necessary in preparation of the defense, without prior authorization from this Court, and that the copy of the testimony provided to defense counsel (and any reproductions or copies made of the produced copy) shall be returned to the government at the conclusion of the proceedings in this case.

IT IS SO ORDERED.


July 2, 2026
DATE

MICHAEL W. FITZGERALD
United States District Judge

Presented by:

/s/
DANIEL H. WEINER
Assistant United States Attorney

2