TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division (Cal. Bar No. 265481)
MICHAEL J. MORSE (Cal. Bar No. 291763)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
        1400/1500 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-3667/0813/7367
        Facsimile: (213) 894-0142
        E-mail:     ian.yanniello@usdoj.gov
                    michael.morse@usdoj.gov
                    daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>                  v.<br><br>DURK BANKS, et al.,<br><br>            Defendants. | No. CR 2:24-621(C)-MWF<br><br>GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DANIEL H. WEINER |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Ian V. Yanniello, Michael J. Morse, and Daniel H. Weiner, hereby applies ex parte for an order directing that the government's Exhibits 2-4 to its Supplement to its Opposition to Defendant Banks' Motion to Sever

Counts or in the Alternative, to Dismiss the Third Superseding Indictment on Speedy Trial Grounds be kept under seal until further order of the Court.

This ex parte application is based upon the attached memorandum of points and authorities and Declaration of Daniel H. Weiner.


Dated: July 13, 2026                    Respectfully submitted,

                                        TODD BLANCHE
                                        Acting Attorney General

                                        BILAL A. ESSAYLI
                                        First Assistant United States
                                        Attorney

                                        IAN V. YANNIELLO
                                        Assistant United States Attorney
                                        Chief, National Security Division


                                        _/s/_____
                                        IAN V. YANNIELLO
                                        MICHAEL J. MORSE
                                        DANIEL H. WEINER
                                        Assistant United States Attorneys

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

2

**MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiff United States of America requests that this Court seal the government's Exhibits 2-4 to its Supplement to its Opposition to Defendant Banks' Motion to Sever Counts or in the Alternative, to Dismiss the Third Superseding Indictment on Speedy Trial Grounds.

The Court has inherent supervisory authority to seal documents in appropriate circumstances. See Nixon v. Warner Communications, Inc., 435 U.S. 589, 598 (1978) ("Every court has supervisory power over its own records and files . . . .").

Here, for the reasons described in the attached declaration, sealing of these documents is necessary to protect personal identifying information of third parties and/or sensitive information related to witnesses cooperating with the government.

The government accordingly requests that the documents be maintained under seal until further order of the Court.

Dated: July 13, 2026

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division


_/s/_____
IAN V. YANNIELLO
MICHAEL J. MORSE
DANIEL H. WEINER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

3

**<u>DECLARATION OF DANIEL H. WEINER</u>**

I, Daniel H. Weiner, declare as follows:

1.    I am an Assistant United States Attorney for the Central District of California and I am one the attorneys assigned to the prosecution of <u>United States v. Durk Banks, et al.</u>, No. CR 24-621(C)-MWF.

2.    The government requests leave to file under seal the government's Exhibits 2-4 to its Supplement to its Opposition to Defendant Banks' Motion to Sever Counts or in the Alternative, to Dismiss the Third Superseding Indictment on Speedy Trial Grounds. The above-described documents discuss and/or contain personal identifying information of third parties and/or identifying information of witnesses who participated in the government's investigation, who may testify at trial, and/or whose safety or whose family's safety may be endangered by disclosure of identifying information.  Sealing of the documents is therefore desirable because the government believes that public disclosure of such information may endanger the witnesses and/or their family's safety, and could cause others to attempt to intimidate the witnesses and/or their family, or otherwise dissuade the witnesses from cooperating with the government.

3.    Accordingly, the government requests that the documents be kept under seal until further order of the Court.

4.    On July 13, 2026, counsel for defendant Banks advised the government via e-mail on that they had no objection to the government's request.  As of the time of this filing, no other defense counsel noted an objection to the government's request.

4

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on July 13, 2026, at Los Angeles, California.

/s/ Daniel H. Weiner
DANIEL H. WEINER