TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division (Cal. Bar No. 265481)
MICHAEL J. MORSE (Cal. Bar No. 291763)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
     1400/1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3667/0813/7367
     Facsimile: (213) 894-0142
     E-mail:    ian.yanniello@usdoj.gov
                michael.morse@usdoj.gov
                daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:24-621(C)-MWF |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| DURK BANKS, et al., | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED that the government's Exhibits 2-4 to its Supplement to its Opposition to Defendant Banks' Motion to Sever Counts or in the Alternative, to

//

//

1

Dismiss the Third Superseding Indictment on Speedy Trial Grounds shall be kept under seal until further order of the Court.

DATED: _____

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

**IN CASE OF DENIAL:**

The Government's Unopposed <u>Ex Parte</u> Application for Order Sealing Documents is **DENIED.**  The underlying documents shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATED: _____

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

Prepared by:

/s/_____
DANIEL H. WEINER
Assistant United States Attorney

2