TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division (Cal. Bar No. 265481)
MICHAEL J. MORSE (Cal. Bar No. 291763)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
      1400/1500 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-3667/0813/7367
      Facsimile: (213) 894-0142
      E-mail:    ian.yanniello@usdoj.gov
                 michael.morse@usdoj.gov
                 daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:24-621(C)-MWF |
|---|---|
| Plaintiff, | ORDER GRANTING GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENTS [471] |
| v. | |
| DURK BANKS, et al., | |
| Defendants. | |

      For good cause shown, IT IS HEREBY ORDERED that the

government's Exhibits 2-4 to its Supplement to its Opposition to

Defendant Banks' Motion to Sever Counts or in the Alternative, to

//

//

1

Dismiss the Third Superseding Indictment on Speedy Trial Grounds shall be kept under seal until further order of the Court.

Dated: July 13, 2026

MICHAEL W. FITZGERALD
United States District Judge

Prepared by:

/s/
DANIEL H. WEINER
Assistant United States Attorney

2