TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division (Cal. Bar No. 265481)
MICHAEL J. MORSE (Cal. Bar No. 291763)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
     1400/1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3667/0813/7367
     Facsimile: (213) 894-0142
     E-mail:   ian.yanniello@usdoj.gov
              michael.morse@usdoj.gov
              daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:24-621(C)-MWF |
|---|---|
| Plaintiff, | ORDER GRANTING GOVERNMENT'S UNOPPOSED EX PARTE APPLICATION FOR ORDER SEALING DOCUMENTS [490] |
| v. | |
| DURK BANKS, et al., | |
| Defendants. | |

For good cause shown, the government's Unopposed Ex Parte Application for Order Sealing Documents (Docket No. 490) is GRANTED. IT IS HEREBY ORDERED that the following documents shall be filed under seal:

    1.  Exhibit 6 to the government's Motion *in Limine* No. 5.

    2.  Government's Motion in Limine No. 6.

    3.  Exhibit 18 to the government's Motion in Limine No. 7.

1

These documents shall be kept under seal until further order of the Court.

DATED: July 28, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

2