DREW FINDLING
MARISSA GOLDBERG
The Findling Law Firm PC
3575 Piedmont Road
NE Tower 15, Suite 1010
Atlanta, GA 30305
Telephone: (404) 460-4500
Email: drew@findlinglawfirm.com
      marissa @findlinglawfirm.com

BRIAN STEEL
The Steel Law Firm
1800 Peachtree Street NW, Suite 300
Atlanta, CA 30309
Telephone: (404) 605-0023
Email: thesteellawfirm@msn.com

CHRISTY O'CONNOR (Bar No. 250350)
The Law Office of Christy O'Connor
360 East 2nd Street, Suite 800
Los Angeles, California 90012
Telephone: (323) 716-5959
Email: christy@christyoconnorlaw.com

Attorneys for Defendant
DURK BANKS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES,<br><br>      Plaintiff,<br><br>  v.<br><br>DURK BANKS,<br><br>      Defendant. | Case No. 2:24-cr-00621-MWF<br><br>**DEFENDANT DURK BANKS' NOTICE OF JOINDER AND JOINDER TO DEFENDANTS WILSON AND LINDSEY'S MOTIONS IN LIMINE**<br><br>**Hearing**<br><br>Date:     August 13, 2025<br>Time:     10:00 a.m.<br>Courtroom: 5A<br>Judge:   Hon. Michael W. Fitzgerald |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Defendant Durk Banks, by and through his undersigned counsel of record, hereby joins in the following motions filed by his co-defendants in this matter:

1) Defendant Wilson's Motion to Exclude Other-Acts Evidence (filed July 27, 2026; Notice at Dkt. 488);

2) Defendant Wilson's Motion to Exclude Expert Testimony (filed July 27, 2026; Notice at Dkt. 488); and

3) Defendant Lindsey's Motion in Limine to Exclude Co-Conspirator Statements (filed July 27, 2026; Notice at Dkt. 483).

Mr. Banks joins in the above motions on the grounds set forth therein and adopts by reference the legal arguments and factual assertions as they apply to him.

Respectfully submitted,

Dated: August 10, 2026

BY:   /s/ *Marissa Goldberg*
Drew Findling
Marissa Goldberg
Brian Steel
Christy O'Connor

*Attorneys for Durk Banks*

2