CRAIG A. HARBAUGH (Bar No. 194309)
HARBAUGH LAW, PC
360 E. 2nd Street, Suite 800
Los Angeles, California 90012
Tel:    (213) 986-8656
Email: craig@harbaugh.law

Attorney for Defendant
DEANDRE WILSON

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br><br>v.<br><br>DURK BANKS, *et al*,<br>*Defendant*. | No. 2:24-cr-621-MWF-2<br><br>**DEFENDANT WILSON'S JOINDER IN CO-DEFENDANTS' MOTIONS IN LIMINE AND OPPOSITIONS TO THE GOVERNMENT'S MOTIONS IN LIMINE**<br><br>Hearing Date: August 13, 2026<br>Hearing Time: 10:00 A.M.<br>Courtroom:    5A |

TO THE HONORABLE COURT:

Defendant Deandre Wilson, by and through his counsel of record, Craig A. Harbaugh, hereby joins the following motions and oppositions filed by his co-defendants in this matter:

1. Defendant David Brian Lindsey's Motion in Limine (ECF 483).

2. Defendant Durk Banks' Motion in Limine to Exclude Government's Exhibits (ECF 484).

3. Defendant Durk Banks' Motion in Limine to Exclude Government's Proposed FRE 404(b) Evidence (ECF 486).

4. Defendant Durk Banks' Motion in Limine to Exclude Government's Proposed Gang Expert (ECF 487).

5. Defendant Durk Banks' Opposition to the Government's Fourth Motion in Limine to Preclude Defendants From Offering Their Own Prior Statements (ECF 530).

6. Defendant Durk Banks' Opposition to the Government's First Motion in Limine Requesting Limited Gag Order Prohibiting Prejudicial Extrajudicial Statements (ECF 531).

7. Defendant Durk Banks' Opposition to the Government's Second Motion in Limine to Exclude Irrelevant Evidence and Arguments Pursuant to Rule 403 (ECF 532).

8. Defendant Durk Banks' Opposition to the Government's Seventh Motion in Limine to Admit Self-Authenticating Business Records (ECF 533).

9. Defendant Durk Banks' Opposition to the Government's Fifth Motion in Limine to Admit Defendant Banks' "Pissed Me Off" Music Video and Audio (ECF 534).

10. Defendant Durk Banks' Response to the Government's Sixth Motion in Limine to Admit Defendant Banks' Music (ECF 541).

11. Defendant Durk Banks' Opposition to the Government's Third Motion in Limine to Exclude Defendant Banks' Proposed Expert Testimony (ECF 544).

Mr. Wilson joins in each motion and opposition on the grounds set forth therein and adopts by reference the legal arguments and factual assertions as they apply to him. Joinder is proper as the issues raised in these motions and oppositions are equally applicable to Mr. Wilson and his defense in this matter.

Mr. Wilson reserves the right to supplement further argument or evidence in support of these motions and oppositions, either independently or in conjunction with his co-defendants, and to be heard at oral argument.

Respectfully submitted,

Dated: August 12, 2026

*/s/ Craig A. Harbaugh*

CRAIG A. HARBAUGH

Attorney for Deandre Wilson