CRAIG A. HARBAUGH (Bar No. 194309)
HARBAUGH LAW, PC
360 E. 2nd Street, Suite 800
Los Angeles, California 90012
Tel: (213) 986-8656

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br>v.<br>DEANDRE WILSON<br><br>DEFENDANT(S). | CASE NUMBER:<br>2:24-cr-00621-MWF-3<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☐ Lodged: **(List Documents)**

(1) Defendant Wilson's Ex Parte Application to File Under Seal
(2) Proposed Order to File Under Seal
(3) Defendant Wilson's Ex Parte Application for an Order Directing the Government to Correct False Testimony and for an Adverse Jury Instruction for Napue and Brady Violations
(4) Exhibits A Through K

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: ____________
☐ Other:

09/03/2026
Date

Craig A. Harbaugh
Attorney Name

Deandre Wilson
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*