BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorney
312 N. Spring St., Los Angeles, CA 90012, Suite 1400

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States<br>PLAINTIFF(S)<br>v.<br>Durk Banks, et al.,<br>DEFENDANT(S). | CASE NUMBER:<br>CR 2:24-621(D)-MWF<br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Government's Ex Parte Application to File Under Seal; Proposed Sealing Order; Under Seal Document

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: ____________________
☐ Other:

September 28, 2026
Date

Daniel H. Weiner
Attorney Name

United States
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*